Name: MONIQUE D. WHEAT

Address: 3305 Avenue H

City, State, Zip code: Birmingham, AL 35218

Attention: Clerk of Court

UNITED STATE BANKRUPTCY COURT: Middle District of Alabama

Court Records Dept.

One Church Street

Montgomery, AL 36104

**Lead Case# 18-30745**

Dear Clerk of the Court,

I am inquiring on your method of verification with the credit bureaus. I would also like to know the procedure you follow when furnishing information which is reported to the credit bureaus. Will you please fill out the attached form and return it to me? I've included a self-addressed, stamped envelope. Thank you so much for your time and assistance. It is much appreciated.

Sincerely,

*[signature]*

-Left Blank Intentionally-

## COURT PROCEDURES FOR FURNISHING INFORMATION & VERIFYING

## INFORMATION WITH CREDIT BUREAUS

Regarding "Furnishing" information to credit bureaus: (Please Check all that Apply)

- ○ The court or a court employee furnishes information to credit bureaus by mail.
- ○ The court or a court employee furnishes information with supporting Documentation to credit bureaus by mail.
- ○ The court or a court employee furnishes information to credit bureaus electronically.
- ○ The court or a court employee furnishes information with supporting Documentation to credit bureaus electronically.
- ○ We do not furnish information to credit bureaus by mail, electronically, or by any other means
- ○ Other_____

Regarding "Verifying" information with credit bureaus: (Please Check all that Apply)

- ○ The court or a court employee verifies information with credit bureaus by mail.
- ○ The court or a court employee verifies information with credit bureaus electronically.
- ○ We do not verify information with credit bureaus by mail, electronically, or by any other means.
- ○ Other_____

_____

Name of person filling out form Title (if any) of person filling out form

Date

The area below is reserved for Court Clerk's Stamp